**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**MEGYN ELIZABETH BELL**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:11CV00063 BSM**

**UNITED STATES OF AMERICA, and**
**WILLIS D. "TRIPPER" CRONKHITE, III,**
**as Trustee of the Megyn Elizabeth Bell Trust**                                 **DEFENDANTS**

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 21st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE